# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PETRU LULUSA | § | Case No. 1:10-57615-PSH |
| GABRIELA G. LULUSA | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/30/2010 . The undersigned trustee was appointed on 12/30/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   25,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 83.82 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 24,916.18 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/23/2011 and the deadline for filing governmental claims was 05/23/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 20.00 , for total expenses of $ 20.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/01/2018            By: /s/RONALD R. PETERSON
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-57615 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | PETRU LULUSA | | | | Date Filed (f) or Converted (c): | 12/30/2010 (f) |
| | GABRIELA G. LULUSA | | | | 341(a) Meeting Date: | 02/18/2011 |
| For Period Ending: | 05/01/2018 | | | | Claims Bar Date: | 05/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 1524 S. Brophy Avenue, Park | 248,000.00 | 1,077.00 | | 0.00 | FA |
| 2. Cash on Hand | 30.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Wells Fargo | 2,800.00 | 0.00 | | 0.00 | FA |
| 4. Checking account at Wachovia - Co-Debtor is on fat | 0.00 | 0.00 | | 0.00 | FA |
| 5. Money Market Account at Wachovia - Co-Debtor is on | 0.00 | 0.00 | | 0.00 | FA |
| 6. Certificate of Deposit at Wachovia - Co-Debtor is | 0.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous used household goods and furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 8. Books, Pictures, and CD's | 175.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Costume Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 11. Custom Remodeling - Sole Proprietorship - 100% own | 0.00 | 0.00 | | 0.00 | FA |
| 12. Estimated 2010 tax refund: Debtors expect to owe | 0.00 | 0.00 | | 0.00 | FA |
| 13. Co-Debtor retains a 1/2 future life estate interes | 0.00 | 0.00 | | 25,000.00 | FA |
| 14. Co-Debtor's real estate license | 0.00 | 0.00 | | 0.00 | FA |
| 15. Automobile - 1995 Chevrolet Astro Van with 135,000 | 1,225.00 | 0.00 | | 0.00 | FA |
| 16. Automobile - 2008 Ford Escape with 80,000 miles - | 6,263.00 | 6,263.00 | | 0.00 | FA |
| 17. Automobile - 2001 Honda Civic with 140,000 miles - | 1,367.00 | 0.00 | | 0.00 | FA |
| 18. Automobile - 1999 Toyota Camry with 144,000 - Paid | 1,900.00 | 0.00 | | 0.00 | FA |
| 19. 2 Cats | 50.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $263,360.00 | $7,340.00 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

April 8, 2018:  I am in receipt of the proceeds from the Debtor's interest in the parents' home.  The case is now in closing, and I expect to file a final report within 30 days.

April 22, 2017:  Status is unchanged.  I performed a title check to confirm that there had been no changes.

April 26, 2016.  The estate holds a remainder interest in Broward County, Florida real estate.  Waiting for the parents to die.

April 24, 2015, 01:09 pm: The only remaining asset in this estate is a life estate in the Debtor's parent's home, which will not become estate property until the death of the Debtor's parents.

April 18, 2014, 10:40 a.m.:  The estate owns the remainder interest in a home in which the Debtor's parents have a life estate.  This case is a waiting game until the Debtor's parents are deceased.

January 30, 2012, 01:15 pm.  My ownership is a remainder interest in Broward County, Florida.  The parents have a life estate.  I have filed a lis pendens in the case.  The parents are very old.


Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 07/01/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-57615 | Trustee Name: RONALD R. PETERSON | |
| Case Name: PETRU LULUSA | Bank Name: Associated Bank | |
| GABRIELA G. LULUSA | Account Number/CD#: XXXXXX8984 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3798 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 05/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/17 | 13 | Gabriela Lulusa & Petru Lalusa 1524 Brophy Park Ridge, Il 60068 -5232 | Remainder Interest subject to life estate Life Estate and parent still alive | 1110-000 | $25,000.00 | | $25,000.00 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $24,986.82 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.14 | $24,949.68 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.50 | $24,916.18 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $25,000.00 | $83.82 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $83.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $83.82 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:              $25,000.00              $83.82

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8984 - Checking | $25,000.00 | $83.82 | $24,916.18 |
| | $25,000.00 | $83.82 | $24,916.18 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-57615-PSH  
Debtor Name: PETRU LULUSA  
Claims Bar Date: 5/23/2011  

Date: May 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL  60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,250.00 | $3,250.00 |
| 100 2200 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL  60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $20.00 | $20.00 |
| 8A 280 5800 | DEPARTMENT OF THE<br>TREASURY - INTERN<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 03/10/2011 | $0.00 | $889.90 | $889.90 |
| 1 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>as assignee of<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/24/2011 | $0.00 | $321.06 | $321.06 |
| 2 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>as assignee of<br>Hsn<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/24/2011 | $0.00 | $312.11 | $312.11 |
| 3 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/01/2011 | $0.00 | $6,317.67 | $6,317.67 |
| 4 300 7100 | FIRST NATIONAL BANK OF<br>OMAHA<br>Cardmember Services<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NB  68197 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/03/2011 | $0.00 | $8,452.88 | $8,452.88 |
| 5 300 7100 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/08/2011 | $0.00 | $9,254.17 | $9,254.17 |
| 6 300 7100 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/08/2011 | $0.00 | $7,718.12 | $7,718.12 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-57615-PSH  
Debtor Name: PETRU LULUSA  
Claims Bar Date: 5/23/2011  

Date: May 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 03/09/2011 | $0.00 | $7,443.86 | $7,443.86 |
| 8B 300 7100 | DEPARTMENT OF THE TREASURY - INTERN<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 03/10/2011 | $0.00 | $239.22 | $239.22 |
| 9 300 7100 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/11/2011 | $0.00 | $151.34 | $151.34 |
| 10 300 7100 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/16/2011 | $0.00 | $147.27 | $147.27 |
| 11 300 7100 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/16/2011 | $0.00 | $141.91 | $141.91 |
| 12 300 7100 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/19/2011<br><br>Extended Check Description Notes from conversion:<br>5153<br>(12-1) submitted by jborkey | $0.00 | $5,668.07 | $5,668.07 |
| 13 300 7100 | FIA CARD SERVICES, NA/BANK OF AMERI<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/19/2011 | $0.00 | $24,700.72 | $24,700.72 |
| 14 300 7100 | FIA CARD SERVICES, NA/BANK OF AMERI<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 05/19/2011 | $0.00 | $8,537.07 | $8,537.07 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-57615-PSH    Date: May 1, 2018
Debtor Name: PETRU LULUSA
Claims Bar Date: 5/23/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 15 300 7100 | FIA CARD SERVICES, NA/BANK OF AMERI by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/19/2011 | $0.00 | $10,822.49 | $10,822.49 |
|  | Case Totals |  |  | $0.00 | $94,387.86 | $94,387.86 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3    Printed: May 1, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:10-57615-PSH  
Case Name: PETRU LULUSA  
          GABRIELA G. LULUSA  
Trustee Name: RONALD R. PETERSON

      Balance on hand                                               $        24,916.18

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 20.00 | $ 0.00 | $ 20.00 |

    Total to be paid for chapter 7 administrative expenses             $        3,270.00  
    Remaining Balance                                                  $        21,646.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 889.90 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8A | DEPARTMENT OF THE TREASURY - INTERN | $ 889.90 | $ 0.00 | $ 889.90 |

|  |  |  |
|---|---|---|
| Total to be paid to priority creditors | | $ 889.90 |
| Remaining Balance | | $ 20,756.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,227.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 321.06 | $ 0.00 | $ 73.86 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 312.11 | $ 0.00 | $ 71.80 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 6,317.67 | $ 0.00 | $ 1,453.33 |
| 4 | FIRST NATIONAL BANK OF OMAHA | $ 8,452.88 | $ 0.00 | $ 1,944.52 |
| 5 | CHASE BANK USA, N.A. | $ 9,254.17 | $ 0.00 | $ 2,128.85 |
| 6 | CHASE BANK USA, N.A. | $ 7,718.12 | $ 0.00 | $ 1,775.50 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 7,443.86 | $ 0.00 | $ 1,712.41 |
| 8B | DEPARTMENT OF THE TREASURY - INTERN | $ 239.22 | $ 0.00 | $ 55.03 |

Case 10-57615    Doc 40    Filed 06/11/18    Entered 06/11/18 10:40:59    Desc Main
              Document      Page 12 of 13

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | MIDLAND FUNDING LLC | $ 151.34 | $ 0.00 | $ 34.81 |
| 10 | MIDLAND FUNDING LLC | $ 147.27 | $ 0.00 | $ 33.88 |
| 11 | MIDLAND FUNDING LLC | $ 141.91 | $ 0.00 | $ 32.65 |
| 12 | PNC BANK | $ 5,668.07 | $ 0.00 | $ 1,303.90 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERI | $ 24,700.72 | $ 0.00 | $ 5,682.22 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERI | $ 8,537.07 | $ 0.00 | $ 1,963.89 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERI | $ 10,822.49 | $ 0.00 | $ 2,489.63 |

        Total to be paid to timely general unsecured creditors        $     20,756.28

        Remaining Balance        $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE