**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PETRU LULUSA | § | Case No. 1:10-57615-PSH |
| GABRIELA G. LULUSA | § | |
| | § | |
| Debtors | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/19/2018 in Courtroom 644,
　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　219 S. Dearborn St.
　　　　　　　　　Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/12/2018　　　　　　　　　　By: /s/ Ronald R. Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee


*RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
PETRU LULUSA § Case No. 1:10-57615-PSH
GABRIELA G. LULUSA §
§
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 83.82 |
| leaving a balance on hand of[1] | $ | 24,916.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 20.00 | $ 0.00 | $ 20.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,270.00 |
| Remaining Balance | | | $ 21,646.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 889.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8A | DEPARTMENT OF THE TREASURY - INTERN | $ 889.90 | $ 0.00 | $ 889.90 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 889.90 |
| Remaining Balance | $ | 20,756.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,227.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 321.06 | $ 0.00 | $ 73.86 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 312.11 | $ 0.00 | $ 71.80 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 6,317.67 | $ 0.00 | $ 1,453.33 |
| 4 | FIRST NATIONAL BANK OF OMAHA | $ 8,452.88 | $ 0.00 | $ 1,944.52 |
| 5 | CHASE BANK USA, N.A. | $ 9,254.17 | $ 0.00 | $ 2,128.85 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | CHASE BANK USA, N.A. | $ 7,718.12 | $ 0.00 | $ 1,775.50 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 7,443.86 | $ 0.00 | $ 1,712.41 |
| 8B | DEPARTMENT OF THE TREASURY - INTERN | $ 239.22 | $ 0.00 | $ 55.03 |
| 9 | MIDLAND FUNDING LLC | $ 151.34 | $ 0.00 | $ 34.81 |
| 10 | MIDLAND FUNDING LLC | $ 147.27 | $ 0.00 | $ 33.88 |
| 11 | MIDLAND FUNDING LLC | $ 141.91 | $ 0.00 | $ 32.65 |
| 12 | PNC BANK | $ 5,668.07 | $ 0.00 | $ 1,303.90 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERI | $ 24,700.72 | $ 0.00 | $ 5,682.22 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERI | $ 8,537.07 | $ 0.00 | $ 1,963.89 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERI | $ 10,822.49 | $ 0.00 | $ 2,489.63 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,756.28 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| PETRU LULUSA AND GABRIELA G. LULUSA, | ) CASE NO. 10-57615 |
| | ) |
| Debtor(s). | ) Honorable Pamela S. Hollis |
| | ) |
| | ) Hearing: July 19, 2018 |
| | )            10:30 a.m. |

### CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, certify that on Tuesday, June 12, 2018, I caused a copy of the foregoing **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.

/s/ *Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST

*In re Petru Lulusa and Gabriela G. Lulusa*
Case No. 10-57615

**ECF NOTIFICATION:**

- Ronald R Peterson - rpeterson@jenner.com
- Patrick S Layng - USTPRegion11.ES.ECF@usdoj.gov
- Joseph P Doyle - joe@fightbills.com
- ilnb.courtview@SLFCourtview.com

**By U.S. Mail:**

Petru Lulusa
1524 South Brophy Avenue
Park Ridge, IL  60068-5232

Gabriela G. Lulusa
1524 South Brophy Avenue
Park Ridge, IL  60068-5232

American InfoSource LP, as agent for Citibank
P.O. Box 248840
Oklahoma City, OK  73124-884

Chase Auto Finance
201 North Central Avenue
Phoenix, AZ  85004-1071

Capital One Bank (USA), N.A.
 by American InfoSource as agent
P.O. Box 71083
Charlotte, NC  28272-1083

Recovery Management
 Systems Corporation
25 S.E. Second Avenue, Suite 1120
Miami, FL  33131-1605

Advanta
700 Dresher Road
Horsham, PA  19044-2206

American InfoSource LP,
 as agent for Citibank (South Dakota) N.A.
P.O. Box 248840
Oklahoma City, OK  73124-8840

American InfoSource LP, as agent
 for WFCB as assignee of HSN
P.O. Box 248872
Oklahoma City, OK  73124-8872

American InfoSource LP, as agent for
 WFNNB, as assignee of Ann Taylor
P.O. Box 248872
Oklahoma City, OK  73124-8872

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL  60606-5231

Bank of America
P.O. Box 1598
Norfolk, VA  23501-1598

Bank of America
P.O. Box 17054
Wilmington, DE  19850-7054

Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285

2

| | |
|---|---|
| Capital One Bank (USA), N.A.,<br>by American InfoSource LP as agent<br>P.O. Box 248839<br>Oklahoma City, OK  73124-8839 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue,  Suite 1120<br>Miami, FL  33131-1605 |
| Chase<br>201 North Walnut Street, #De1-10<br>Wilmington, DE  19801-2920 | Chase<br>P.O. Box 15298<br>Wilmington, DE  19850-5298 |
| Chase Bank USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE  19850-5145 | D. Patrick Mullarkey Tax Division<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044-0055 |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>P.O. Box 248809<br>Oklahoma City, OK  73124-8809 |
| First National Bank of Omaha<br>Cardmember Services<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NB  68197-0003 | FNB Omaha<br>P.O. Box 3412<br>Omaha, NE  68103-0412 |
| GE Money Bank<br>c/o Recovery Management<br>Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131-1605 | GEMB/GE Money Bank Low<br>P.O. Box 103065<br>Roswell, GA  30076 |
| GEMB/L&T<br>P.O. Box 981400<br>El Paso, TX  79998-1400 | GEMB/OVC<br>P.O. Box 971402<br>El Paso, TX  79997-1402 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | JJILL/CBSD<br>P.O. Box 6497<br>Sioux Falls, SD  57117-6497 |
| MCYDSNB<br>9111 Duke Blvd<br>Mason, OH  45040-8999 | Midland Credit Management, Inc.,<br>as agent for Midland Funding, LLC<br>P.O. Box 2011<br>Warren, MI  48090-2011 |

Midland Funding LLC
 by its authorized agent Recoser, LLC
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  33131-1605

PNC Bank
P.O. Box 94982
Cleveland, OH  44101-4982

Sears/Cbsd
P.O. Box 6189
Sioux Falls, SD  57117-6189

VISDSNB
9111 Duke Boulevard
Mason, OH  45040-8999

WFCH/HSN
995 West 122nd Avenue
Westminster, CO  80234-3417

Joseph P. Doyle
Law Office of Joseph P. Doyle
105 South Roselle Road
Suite 203
Schaumburg, IL  60193-1631

National City Card Service
1 Financial Parkway
Kalamazoo, MI  49009-8003

Profess Acct.
633 West Wisconsin Avenue
Milwaukee, WI  53203-1918

United States Attorney
219 South Dearborn Street
Chicago, IL  60604-1708

Wells Fargo Bank, N.A.
Wells Fargo Home Mortgage
 Americas Servicing
Attn:  Bankruptcy Dept. MAC X7801-014
3476 Stateview Boulevard
Fort Mill, SC  29715-7203

WFNNB/Eddie Bauer
995 West 122nd Avenue
Westminster, CO  80234-3417

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL  60604-2027