UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
 §
PETRU LULUSA § Case No. 1:10-57615-PSH
GABRIELA G. LULUSA §
 §
 §
 Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 222,588.00                Assets Exempt: 40,772.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  21,646.18    Claims Discharged
                                                 Without Payment:  392,269.56

Total Expenses of Administration:  3,353.82

3) Total gross receipts of $ 25,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 227,206.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,353.82 | 3,353.82 | 3,353.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,198.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,523.00 | 89,988.74 | 89,988.74 | 21,646.18 |
| **TOTAL DISBURSEMENTS** | $ 323,927.00 | $ 93,342.56 | $ 93,342.56 | $ 25,000.00 |

4) This case was originally filed under chapter 7 on 12/30/2010 . The case was pending for 99 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2019          By:/s/RONALD R. PETERSON
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Document    Page 3 of 16

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Co-Debtor retains a 1/2 future life estate interes | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | 10,283.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 216,923.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 227,206.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| RONALD R. PETERSON | 2200-000 | NA | 20.00 | 20.00 | 20.00 |
| Associated Bank | 2600-000 | NA | 83.82 | 83.82 | 83.82 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,353.82 | $ 3,353.82 | $ 3,353.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associate Area Counsel, SB/SE 200 W. Adams, Suite 2300 Chicago, IL 60606-5208 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D. Patrick Mullarkey Tax Division P.O. Box 55 Ben Franklin Station Washington, DC 20044 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | IRS PO Box 21125 Philadelphia, PA 19114 | | 1,198.00 | NA | NA | 0.00 |
| | United States Attorney 219 S. Dearborn Street Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,198.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 844 Spring House, PA 19477 | | 4,248.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 10,822.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 8,537.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 24,700.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 7,360.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,718.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 9,254.00 | NA | NA | 0.00 |
| | Fnb Omaha Po Box 3412 Omaha, NE 68103 | | 8,348.00 | NA | NA | 0.00 |
| | Gemb/Ge Money Bank Low Po Box 103065 Roswell, GA 30076 | | 193.00 | NA | NA | 0.00 |
| | Gemb/L&T Po Box 981400 El Paso, TX 79998 | | 119.00 | NA | NA | 0.00 |
| | Gemb/Qvc Po Box 971402 El Paso, TX 79997 | | 167.00 | NA | NA | 0.00 |
| | Jjill/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | 40.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 77.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 75.00 | NA | NA | 0.00 |
| | National City Card Ser 1 Financial Pkwy Kalamazoo, MI 49009 | | 5,508.00 | NA | NA | 0.00 |
| | Profess Acct 633 W Wisconsin Av Milwaukee, WI 53203 | | 79.00 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 6,248.00 | NA | NA | 0.00 |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | 1,718.00 | NA | NA | 0.00 |
| | Wfcb/Hsn 995 W 122nd Ave Westminster, CO 80234 | | 267.00 | NA | NA | 0.00 |
| | Wfnnb/Eddie Bauer 995 W 122nd Ave Westminster, CO 80234 | | 45.00 | NA | NA | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 6,317.67 | 6,317.67 | 1,519.67 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 7,443.86 | 7,443.86 | 1,790.57 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CHASE BANK USA, N.A. | 7100-000 | NA | 9,254.17 | 9,254.17 | 2,226.03 |
| 6 | CHASE BANK USA, N.A. | 7100-000 | NA | 7,718.12 | 7,718.12 | 1,856.54 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 24,700.72 | 24,700.72 | 5,941.59 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 8,537.07 | 8,537.07 | 2,053.53 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 10,822.49 | 10,822.49 | 2,603.28 |
| 4 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 8,452.88 | 8,452.88 | 2,033.28 |
| 12 | PNC BANK | 7100-000 | NA | 5,668.07 | 5,668.07 | 1,363.42 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | NA | 321.06 | 321.06 | 77.23 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | NA | 312.11 | 312.11 | 75.08 |
| 10 | MIDLAND FUNDING LLC | 7100-001 | NA | 147.27 | 147.27 | 35.42 |
| 11 | MIDLAND FUNDING LLC | 7100-001 | NA | 141.91 | 141.91 | 34.14 |
| 9 | MIDLAND FUNDING LLC | 7100-001 | NA | 151.34 | 151.34 | 36.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 95,523.00 | $ 89,988.74 | $ 89,988.74 | $ 21,646.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-57615 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | PETRU LULUSA | | | | Date Filed (f) or Converted (c): | 12/30/2010 (f) |
| | GABRIELA G. LULUSA | | | | 341(a) Meeting Date: | 02/18/2011 |
| For Period Ending: | 02/14/2019 | | | | Claims Bar Date: | 05/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 1524 S. Brophy Avenue, Park | 248,000.00 | 1,077.00 | | 0.00 | FA |
| 2. Cash on Hand | 30.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Wells Fargo | 2,800.00 | 0.00 | | 0.00 | FA |
| 4. Checking account at Wachovia - Co-Debtor is on fat | 0.00 | 0.00 | | 0.00 | FA |
| 5. Money Market Account at Wachovia - Co-Debtor is on | 0.00 | 0.00 | | 0.00 | FA |
| 6. Certificate of Deposit at Wachovia - Co-Debtor is | 0.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous used household goods and furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 8. Books, Pictures, and CD's | 175.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Costume Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 11. Custom Remodeling - Sole Proprietorship - 100% own | 0.00 | 0.00 | | 0.00 | FA |
| 12. Estimated 2010 tax refund: Debtors expect to owe | 0.00 | 0.00 | | 0.00 | FA |
| 13. Co-Debtor retains a 1/2 future life estate interes | 0.00 | 0.00 | | 25,000.00 | FA |
| 14. Co-Debtor's real estate license | 0.00 | 0.00 | | 0.00 | FA |
| 15. Automobile - 1995 Chevrolet Astro Van with 135,000 | 1,225.00 | 0.00 | | 0.00 | FA |
| 16. Automobile - 2008 Ford Escape with 80,000 miles - | 6,263.00 | 6,263.00 | | 0.00 | FA |
| 17. Automobile - 2001 Honda Civic with 140,000 miles - | 1,367.00 | 0.00 | | 0.00 | FA |
| 18. Automobile - 1999 Toyota Camry with 144,000 - Paid | 1,900.00 | 0.00 | | 0.00 | FA |
| 19. 2 Cats | 50.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $263,360.00 $7,340.00 $25,000.00 $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018: I am in receipt of the proceeds from the Debtor's interest in the parents' home. The case is now in closing, and I expect to file a final report within 30 days.

April 22, 2017: Status is unchanged. I performed a title check to confirm that there had been no changes.

April 26, 2016. The estate holds a remainder interest in Broward County, Florida real estate. Waiting for the parents to die.

April 24, 2015, 01:09 pm: The only remaining asset in this estate is a life estate in the Debtor's parent's home, which will not become estate property until the death of the Debtor's parents.

April 18, 2014, 10:40 a.m.: The estate owns the remainder interest in a home in which the Debtor's parents have a life estate. This case is a waiting game until the Debtor's parents are deceased.

January 30, 2012, 01:15 pm. My ownership is a remainder interest in Broward County, Florida. The parents have a life estate. I have filed a lis pendens in the case. The parents are very old.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 07/01/2018

Case 10-57615    Doc 48    Filed 04/03/19    Entered 04/03/19 13:36:03    Desc Main
Document      Page 11 of 16

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-57615 | Trustee Name: RONALD R. PETERSON |
| Case Name: PETRU LULUSA | Bank Name: Associated Bank |
| GABRIELA G. LULUSA | Account Number/CD#: XXXXXX8984 |
| | Checking |
| Taxpayer ID No: XX-XXX3798 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/17 | 13 | Gabriela Lulusa & Petru Lalusa<br>1524 Brophy<br>Park Ridge, Il 60068 -5232 | Remainder Interest subject to life estate<br>Life Estate and parent still alive | 1110-000 | $25,000.00 | | $25,000.00 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $24,986.82 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.14 | $24,949.68 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.50 | $24,916.18 |
| 07/25/18 | 1001 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL  60654-3456 | Distribution | | | $3,270.00 | $21,646.18 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order.           ($3,250.00) | 2100-000 | | | |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order.           ($20.00) | 2200-000 | | | |
| 07/25/18 | 1002 | DEPARTMENT OF THE TREASURY - INTERN<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Distribution | | | $944.93 | $20,701.25 |
| | | DEPARTMENT OF THE TREASURY - INTERN | Final distribution to claim 8 representing a payment of 100.00 % per court order.           ($889.90) | 5800-000 | | | |
| | | DEPARTMENT OF THE TREASURY - INTERN | Final distribution to claim 8 representing a payment of 23.00 % per court order.           ($55.03) | 7100-000 | | | |
| 07/25/18 | 1003 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>as assignee of<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Final distribution to claim 1 representing a payment of 23.01 % per court order. | 7100-000 | | $73.86 | $20,627.39 |

Page Subtotals:                                                                                                                                        $25,000.00        $4,372.61

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-57615 | Trustee Name: RONALD R. PETERSON |
| Case Name: PETRU LULUSA | Bank Name: Associated Bank |
| GABRIELA G. LULUSA | Account Number/CD#: XXXXXX8984 |
| | Checking |
| Taxpayer ID No: XX-XXX3798 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/18 | 1004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>as assignee of<br>Hsn<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Final distribution to claim 2 representing a payment of 23.00 % per court order. | 7100-000 | | $71.80 | $20,555.59 |
| 07/25/18 | 1005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Final distribution to claim 3 representing a payment of 23.00 % per court order. | 7100-000 | | $1,453.33 | $19,102.26 |
| 07/25/18 | 1006 | FIRST NATIONAL BANK OF OMAHA<br>Cardmember Services<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NB  68197 | Final distribution to claim 4 representing a payment of 23.00 % per court order. | 7100-000 | | $1,944.52 | $17,157.74 |
| 07/25/18 | 1007 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Distribution | | | $3,904.35 | $13,253.39 |
| | | CHASE BANK USA, N.A. | Final distribution to claim 5 representing a payment of 23.00 % per court order.    ($2,128.85) | 7100-000 | | | |
| | | CHASE BANK USA, N.A. | Final distribution to claim 6 representing a payment of 23.00 % per court order.    ($1,775.50) | 7100-000 | | | |
| 07/25/18 | 1008 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 7 representing a payment of 23.00 % per court order. | 7100-000 | | $1,712.41 | $11,540.98 |
| 07/25/18 | 1009 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  33131-1605 | Distribution | | | $101.34 | $11,439.64 |
| | | MIDLAND FUNDING LLC | (9-1) QCARD    ($34.81) | 7100-000 | | | |
| | | MIDLAND FUNDING LLC | (10-1) LOWES CONSUMER    ($33.88) | 7100-000 | | | |
| | | MIDLAND FUNDING LLC | (11-1) LORD & TAYLOR    ($32.65) | 7100-000 | | | |

Page Subtotals: $0.00    $9,187.75

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-57615 | Trustee Name: RONALD R. PETERSON |
| Case Name: PETRU LULUSA | Bank Name: Associated Bank |
| GABRIELA G. LULUSA | Account Number/CD#: XXXXXX8984 |
| | Checking |
| Taxpayer ID No: XX-XXX3798 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/18 | 1010 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | (12-1) collateral = unsecured asset | | 7100-000 | | $1,303.90 | $10,135.74 |
| 07/25/18 | 1011 | FIA CARD SERVICES, NA/BANK OF AMERI<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Distribution | | | | $10,135.74 | $0.00 |
| | | FIA CARD SERVICES, NA/BANK OF AMERI | Final distribution to claim 13 representing a payment of 23.00 % per court order. | ($5,682.22) | 7100-000 | | | |
| | | FIA CARD SERVICES, NA/BANK OF AMERI | Final distribution to claim 14 representing a payment of 23.00 % per court order. | ($1,963.89) | 7100-000 | | | |
| | | FIA CARD SERVICES, NA/BANK OF AMERI | Final distribution to claim 15 representing a payment of 23.00 % per court order. | ($2,489.63) | 7100-000 | | | |
| 08/09/18 | 1002 | DEPARTMENT OF THE TREASURY - INTERN<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Distribution Reversal | | | | ($944.93) | $944.93 |
| | | DEPARTMENT OF THE TREASURY - INTERN | Final distribution to claim 8 representing a payment of 100.00 % per court order. | $889.90 | 5800-000 | | | |
| | | DEPARTMENT OF THE TREASURY - INTERN | Final distribution to claim 8 representing a payment of 23.00 % per court order. | $55.03 | 7100-000 | | | |
| 11/01/18 | | Transfer to Acct # xxxxxx0151 | Transfer of Funds | | 9999-000 | | $944.93 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $944.93 |
| Subtotal | $25,000.00 | $24,055.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $24,055.07 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $11,439.64 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-57615 | Trustee Name: RONALD R. PETERSON |
| Case Name: PETRU LULUSA | Bank Name: Axos Bank |
| GABRIELA G. LULUSA | Account Number/CD#: XXXXXX0151 |
| | Checking |
| Taxpayer ID No: XX-XXX3798 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/18 | | Transfer from Acct # xxxxxx8984 | Transfer of Funds | 9999-000 | $944.93 | | $944.93 |
| 11/05/18 | 2001 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $11.27 | $933.66 |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 1 creditor account # representing a payment of 1.05 % per court order. ($3.37) | 7100-001 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 2 creditor account # representing a payment of 1.05 % per court order. ($3.28) | 7100-001 | | | |
| | | MIDLAND FUNDING LLC | (9-1) QCARD ($1.59) | 7100-001 | | | |
| | | MIDLAND FUNDING LLC | (10-1) LOWES CONSUMER ($1.54) | 7100-001 | | | |
| | | MIDLAND FUNDING LLC | (11-1) LORD & TAYLOR ($1.49) | 7100-001 | | | |
| 11/05/18 | 2002 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Final distribution to claim 3 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $66.34 | $867.32 |
| 11/05/18 | 2003 | FIRST NATIONAL BANK OF OMAHA<br>Cardmember Services<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NB 68197 | Final distribution to claim 4 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $88.76 | $778.56 |
| 11/05/18 | 2004 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution to claim 5 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $97.18 | $681.38 |
| 11/05/18 | 2005 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution to claim 6 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $81.04 | $600.34 |

Page Subtotals: $944.93 $344.59

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57615 | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | PETRU LULUSA | Bank Name: | Axos Bank |
| | GABRIELA G. LULUSA | Account Number/CD#: | XXXXXX0151 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3798 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 02/14/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/18 | 2006 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 7 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $78.16 | $522.18 |
| 11/05/18 | 2007 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101 | (12-1) collateral = unsecured asset | 7100-000 | | $59.52 | $462.66 |
| 11/05/18 | 2008 | FIA CARD SERVICES, NA/BANK OF AMERI<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Final distribution to claim 13 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $259.37 | $203.29 |
| 11/05/18 | 2009 | FIA CARD SERVICES, NA/BANK OF AMERI<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Final distribution to claim 14 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $89.64 | $113.65 |
| 11/05/18 | 2010 | FIA CARD SERVICES, NA/BANK OF AMERI<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Final distribution to claim 15 creditor account # representing a payment of 1.05 % per court order. | 7100-000 | | $113.65 | $0.00 |

| | COLUMN TOTALS | $944.93 | $944.93 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $944.93 | $0.00 |
| | Subtotal | $0.00 | $944.93 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $944.93 |

Page Subtotals:  $0.00   $600.34

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0151 - Checking | $0.00 | $944.93 | $0.00 |
| XXXXXX8984 - Checking | $25,000.00 | $24,055.07 | $0.00 |
|  | $25,000.00 | $25,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals:  $0.00  $0.00